LOREN M. LAMBERT, No. 5101
Arrow Legal Solutions Group, PC
Attorney for Plaintiff
266 East 7200 South
Midvale, Utah  84047
llambert@arrowlegalsolutions.com

---

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| JUAN GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>EAGLE MOUNTAIN PRESS, LLC, and, in his official capacity, JOE OSTMEIER<br><br>Defendant. | **ORDER ON STIPULATED MOTION TO DISMISS**<br><br><br><br>Case No. 2:16-cv-01255-DBP<br>Judge: Dustin B. Pead |

Based upon the Joint Stipulation for Dismissal with Prejudice submitted by the parties, IT IS HEREBY ORDERED THAT the above-referenced matter, including all claims against all parties, is hereby dismissed with prejudice on the merits, each side to bear its own costs and attorneys' fees.

DATED this 8th day of February, 2017.

_____
Dustin B. Pead
U.S. Magistrate Judge